IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENNIS TOLLIVER,

      Applicant,

v.                                                                      CV 07-0918 JH/WPL

MICHAEL HEREDIA, WARDEN,
AND THE ATTORNEY GENERAL
OF NEW MEXICO,

      Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION**

      This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed February 11, 2008. (Doc. 14.) The parties were notified that objections were due within ten days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

      IT IS THEREFORE ORDERED that:

      1) the Magistrate Judge's Proposed Findings and Recommended Disposition are adopted as an order of the Court;

      2) Tolliver's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody (Doc. 1) is denied; and

      3) this cause is dismissed with prejudice.

                                                                           _____
                                                                           JUDITH HERRERA
                                                                           UNITED STATES DISTRICT JUDGE